# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        Plaintiff,<br><br>vs.<br><br>**MAURICIO CABRERA**<br>**[True Name: Mauro Cabrera Arreola],**<br><br>        Defendant. | **8:16CR66**<br><br>**JUDGMENT** |

For the reasons stated in the Memorandum and Order of this date,

1. Upon initial review, the Court summarily denies the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 154; and

2. The Clerk will mail a copy of this Judgment to the Defendant at his last known address.

Dated this 20th day of March, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge